UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                        CASE NO. 05-12816-BKC-AJC
LILY IZARNOTEGUI SAENZ

NOV 15 2010

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.

NOTICE OF DEPOSIT OF FUNDS WITH THE - OFFICE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 86.14 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 11/12/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

LILY IZARNOTEGUI SAENZ
201 CRANDON BLVD. #340
KEY BISCAYNE, FL
33149 33129

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

DINING OUT MIAMI LLC PEARL PUB
SHANNON C HENSLEY ESQ
9229 SUNSET BOULEVARD STE 710
LOS ANGELES, CA 90069

U.S. Trustee
51 S W 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   05-12816-BKC-AJC
LILY IZARNOTEGUI SAENZ

CHAPTER 13

LILY IZARNOTEGUI SAENZ

201 CRANDON BLVD, #340
KEY BISCAYNE, FL
33149 33129

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

DINING OUT MIAMI LLC/PEARL PUB---------$         86.14
SHANNON C HENSLEY ESQ
9229 SUNSET BOULEVARD STE 710
LOS ANGELES, CA 90069                     UNDELIVERABLE/STALE
                                          CLAIM REGISTER# 9

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130